```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ABRAHAM CAMPOS, et al.,                 :
                                        :
                         Plaintiff,     :     23cv1184 (DLC)
              -v-                       :
                                        :         ORDER
V&B INVESTMENT GUTTENBERG LLC and       :
VALENTINA REALTY LLC,                   :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On June 16, 2023, the Clerk of Court issued a certificate of default as to defendant V&B Investment Guttenberg LLC ("V&B"). Valentina Realty LLC must answer or respond to the complaint by July 10. On June 28, the plaintiff, on behalf of the defendants, requested an adjournment of the June 29 initial pretrial conference. It is hereby

ORDERED that the initial pretrial conference is adjourned to **July 21, 2023** at **2:30 P.M.** in Courtroom 18B, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the plaintiff shall file a motion for default judgment against V&B by **July 7, 2023**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff serve this Order and the motion for default judgment papers on both defendants on

or before **July 10, 2023** by certified overnight mail and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **July 21, 2023** at **2:30 P.M.** in Courtroom 18B, 500 Pearl Street, New York, New York.  Failure of V&B to appear will result in entry of a default or a default judgment.

Dated:     New York, New York
           June 29, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge