```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
ABRAHAM CAMPOS, et al.,                  :
                                         :
                    Plaintiffs,          :    23cv1184 (DLC)
             -v-                         :
                                         :         ORDER
V&B INVESTMENT GUTTENBERG LLC and        :
VALENTINA REALTY LLC,                    :
                                         :
                    Defendants.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 17, 2023, the Clerk of Court issued a certificate of default as to defendant Valentina Realty LLC ("Valentina"). It is hereby

ORDERED that the plaintiffs shall file a motion for default judgment against Valentina by **July 26, 2023**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiffs serve this Order and the motion for default judgment papers on Valentina on or before **July 28, 2023** by certified overnight mail and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **August 9, 2023** at **11:00 A.M.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of Valentina to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
        July 19, 2023

                                            DENISE COTE
                               United States District Judge