```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ABRAHAM CAMPOS, et al.,                  :
                                         :
                       Plaintiff,        :    23cv1184 (DLC)
           -v-                           :
                                         :         ORDER
V&B INVESTMENT GUTTENBERG LLC and        :
VALENTINA REALTY LLC,                    :
                                         :
                       Defendants.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

A conference was held on July 21, 2023. It is hereby

ORDERED that the defendants shall answer the complaint by **August 18, 2023.**

IT IS FURTHER ORDERED that if no answer is timely filed, a default judgment hearing as to both defendants will be held on **September 7, 2023** at **11:00 A.M.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of the defendants to appear will result in the entry of a default or a default judgment.

IT IS FURTHER ORDERED that the default judgment hearing scheduled for August 9, 2023 is canceled.

Dated:  New York, New York
        July 21, 2023

                                     _____
                                              DENISE COTE
                                     United States District Judge