```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ABRAHAM CAMPOS, et al.,                 :
                                        :
                        Plaintiffs,     :   23cv1184 (DLC)
            -v-                         :
                                        :       ORDER
V&B INVESTMENT GUTTENBERG LLC and       :
VALENTINA REALTY LLC,                   :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 17, 2023, the Clerk of Court issued a certificate of default as to defendant Valentina Realty LLC ("Valentina"). An Order of July 21 directed both defendants to answer the complaint by August 18. If no answer is timely filed, a default judgment hearing as to both defendants will be held on September 7. In the event that an answer is not filed by August 18, 2023, it is hereby

ORDERED that the plaintiffs shall file a motion for default judgment against Valentina by **August 25, 2023**. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiffs serve this Order and the motion for default judgment papers on Valentina on or before **August 29, 2023** by certified overnight mail and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that, as set forth in the Order of July 21, a default judgment hearing will be held on **September 7, 2023** at **11:00 A.M.** in Courtroom 18B, 500 Pearl Street, New York, New York as to any defendant who has not filed an answer by August 18, 2023.  Failure of Valentina to appear will result in entry of a default or a default judgment.

Dated:    New York, New York
          August 3, 2023

                                        DENISE COTE
                                United States District Judge