```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ABRAHAM CAMPOS, et al.,                 :    23cv1184 (DLC)
                                        :
                    Plaintiffs,         :       ORDER
                                        :
          -v-                           :
                                        :
V&B INVESTMENT GUTTENBERG LLC and       :
VALENTINA REALTY LLC,                   :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Noting that on December 22, 2023 the plaintiffs requested an adjournment of summary judgment motion dates on the ground that the parties were discussing a stipulated judgment to resolve this action, it is hereby

    ORDERED that the parties shall submit a status letter by February 1, 2024.

Dated:    New York, New York
           January 25, 2024

                                      _____
                                          DENISE COTE
                             United States District Judge