UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABRAHAM CAMPOS, EDER GORDILLO, PAULINO CARPINTERO, SAMUEL HERRERA, YONI DE LOS SANTOS, SEGUNDO CALLE, JENARO CAMPOVERDE, PELLUMB KATANOLLI, CESAR SUPACELA, NICOLAS ZHAGNAY, CRISTIAN ASITIMBAY, MARIO ASITIMBAY, EDUARDO YUNGA, VLADIMIR YUNGA, DIEGO A. ESTRADA, VICTOR GONZALEZ, MILTON QUIZHPILEMA, FELIPE VEGA-LOYOLA, EDISON MACANCELA, and BRYAN MACANCELA,

    Plaintiffs — Judgment Creditors,

    v.

V&B INVESTMENT GUTTENBERG LLC and VALENTINA REALTY LLC,

    Defendants.

No. 23 Civ. 01184 (DLC)

~~(proposed)~~
**FINAL JUDGMENT**

---

WHEREAS, on March 19, 2024, the Court granted the Plaintiffs' motion for summary judgment (ECF no. 61); and

WHEREAS the Court's Order directed the Plaintiffs to submit a proposed final judgment; it is hereby

ORDERED, ADJUDGED, and DECREED that:

1. a money judgment be entered in favor of the Plaintiffs as against Defendant **V&B Investment Guttenberg LLC**, having last known address 1401 44th Street, North Bergen, New Jersey 07047, in the amount of **$349,000**;

2. a money judgment be entered in favor of the Plaintiffs as against Defendant **Valentina Realty LLC**, having last known address 1401 44th Street, North Bergen, New Jersey 07047, in the amount of **$291,475**;

3. the Plaintiffs may levy execution on the assets of V&B Investment Guttenberg LLC and Valentina Realty LLC in order to satisfy the money judgments ordered in paragraphs (1) and (2) above;

4. V&B Investment Guttenberg LLC and Valentina Realty LLC are hereby enjoined from further disposing any assets until the money judgments ordered in paragraphs (1) and (2) above are satisfied; and

5. the Plaintiffs are relieved from the 30-day stay pursuant to Federal Rule of Civil Procedure 62(a); and

It is further ORDERED, ADJUDGED, and DECREED that an award of **$41,392.81** in attorneys' fees and expenses be entered jointly and severally against Defendants **V&B Investment Guttenberg LLC** and **Valentina Realty LLC**.

Dated:  New York, New York

_March 20, 2024_

_____
U.S.D.J.